UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Eric Flint,** | ) | **CASE NO. 4:25 CV 1645** |
| | ) | |
| Petitioner, | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Warden Ian Healy,** | ) | **Memorandum of Opinion and Order** |
| | ) | |
| Respondent. | ) | |

This matter is before the Court upon the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) and respondents' Motion to Dismiss (Doc. 5). For the following reasons, the Petition is DENIED and the Motion to Dismiss is UNOPPOSED and GRANTED.

Petitioner Eric Flint filed this Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 against respondent Warden Ian Healy. Petitioner alleges that the Federal Bureau of Prisons ("BOP") miscalculated his entitlement to Federal Time Credits ("FTC") under the First Step Act which can be applied towards early transfer to supervised release.

A petition for writ of habeas corpus filed by a federal inmate under 28 U.S.C. § 2241 is proper where the inmate is challenging the manner in which his sentence is being executed. *Capaldi v. Pontesso,* 135 F.3d 1122, 1123 (6th Cir. 1998). This includes when an inmate alleges improper calculation of First Step Act time credits. *See Hernandez v. Lamanna*, 16 Fed. App'x 317, 320 (6th Cir. 2001) (Section 2241 "is reserved for challenges to the execution of a sentence, such as the computation of parole or sentence credits"). The Petition is properly before the Court.

Respondent maintains that the Petition must be dismissed as moot because there is no longer a live case or controversy given that respondent has now provided petitioner with the relief he requested in his Petition. Although petitioner was granted an extension of time to respond to respondent's motion, no opposition has been filed. Accordingly, it is undisputed that upon receiving the Petition, the BOP awarded petitioner the additional FTCs he seeks. (Doc. 5 Ex.1). Therefore, the Motion to Dismiss is unopposed and granted for all the reasons stated therein.

For the foregoing reasons, the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is denied and respondents' Motion to Dismiss is unopposed and granted.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 10/29/25